```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0090--CV (JKS)
                "USA V KURT W. STENEHJEM ET AL"

     Including terminated parties, excluding terminated counsel
```

Presiding Judge:   The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 04/28/04
          Closed: NO

    Jurisdiction: (1) U.S. Plaintiff
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (870) Tax Suits

          Origin: (1) Original Proceeding
          Demand: 67
      Filing fee: Waived
        Trial by: Court


Parties of Record:                        Counsel of Record:

PLF 1.1         UNITED STATES OF AMERICA    Timothy M. Burgess
                                            U.S. Attorney's Office
                                            222 W. 7th Avenue, #9
                                            Anchorage, AK 99513-7567
                                            907-271-5071

                                            Keith S. Blair
                                            U.S. Department of Justice
                                            POB 683
                                            Ben Franklin Station
                                            Washington, DC 20044-0683
                                            202-307-0977
                                            FAX 202-307-0054

DEF 1.1     [T] HEIDMOUS, GEORGE T.         No counsel found for this party!

DEF 1.2         STENEHJEM, KURT W.          Martin G.U. Severin
                                            431 W. 7th Avenu, Suite 100
                                            Anchorage, AK 99501
                                            907-277-0150
                                            FAX 907-277-0160

DEF 2.1     [T] BANK UNITED                 Eric A. Auten
                                            Routh Crabtree
                                            3510 Spenard Road #200
                                            Anchorage, AK 99503
                                            907-222-4300
                                            FAX 907-222-4396

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0090--CV (JKS)
                                 "USA V KURT W. STENEHJEM ET AL"

                                         For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 04/28/04
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

   Nature of Suit: (870) Tax Suits

            Origin: (1) Original Proceeding
            Demand: 67
        Filing fee: Waived
          Trial by: Court


Document #   Filed     Docket text

     1 -  1  04/28/04  Complaint to reduce federal tax assessments to judgment and to foreclose
                       federal tax lien filed; Summons issued.

     2 -  1  05/05/04  PLF 1 Complaint (First Amended).

     3 -  1  05/05/04  PLF 1 motion to substitute attorney for service of process.

  NOTE -  1  05/18/04  Issued: supplemental summons re: DEF 1.2.

     3 -  2  06/17/04  JKS Order granting mot to substitute atty for svc of process (3-1). cc:
                       cnsl, K. Blair

     4 -  1  07/06/04  JKS Minute Order that proof of svc is lacking as to one or more defs;
                       file proofs of svc on those defs served; proceed to serve any other defs
                       to comply with 4(m), FRCP. cc: cnsl

     5 -  1  08/03/04  JKS Minute Order that proof of svc has not been fld as to defs Bank
                       United and Kurt Stenehjem; any defs as to whom proofs of svc is not on
                       file by 120 days from the filing of the cmplt will be dism. cc: cnsl

     6 -  1  08/04/04  PLF 1 motion for service by publication & to extend time to serve DEF
                       1.2 w/att memo & exhs.

     6 -  2  08/10/04  JKS Order granting motion for service by publication & to extend time to
                       10/25 to serve DEF 1.2 (6-1)

     7 -  1  08/19/04  DEF 2 Waiver of Service.

     8 -  1  10/13/04  DEF 2 Attorney Appearance of Eric Auten.

     9 -  1  10/13/04  Stipulation regarding priority.

    10 -  1  10/20/04  PLF 1 Return of proof of publication in Anchorage Daily News on 8/31/04;
                       9/7/04;9/14/04;9/21/04.

     9 -  2  10/22/04  JKS Order approving stip regarding priority (9-1). cc: cnsl
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0090--CV (JKS)
"USA V KURT W. STENEHJEM ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 11 | 1 | 11/02/04 | DEF 1 Waiver of Service. |
| 12 | 1 | 11/03/04 | JKS Minute Order re pltf to require answers or apply for dflt re D1.2 & D2.1 due w/in 20 days. cc: cnsl |
| 13 | 1 | 11/12/04 | PLF 1 Response to Order dtd 11/3/04. |
| 14 | 1 | 12/03/04 | STRICKEN per #21: DEF 1 Answer to Amended Complaint w/att exhs. |
| 15 | 1 | 12/07/04 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 16 | 1 | 12/20/04 | PLF 1 motion for ext of time (1/28) to file initial case status report. |
| 16 | 2 | 12/22/04 | JKS Order granting motion for ext of time (1/28) to file initial case status report (16-1). cc: cnsl |
| 17 | 1 | 01/28/05 | PLF 1; DEF 2 Scheduling & Planning Conference Report. |
| 18 | 1 | 02/04/05 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 06/30/05; Dispositive motions deadline 07/30/05; Estimate of trial 2 days; TBC. cc: cnsl |
| 19 | 1 | 02/17/05 | PLF 1 motion to strike answer of Kurt Stenehjem & to enter default against him w/att memo. |
| 20 | 1 | 03/07/05 | DEF 1 opposition to PLF 1 motion to strike answer of Kurt Stenehjem & to enter default against him (19-1). |
| 21 | 1 | 07/13/05 | JKS Minute Order granting in part motion to strike answer of Kurt Stenehjem (19-1); answer will be stricken; Trust willl have until 8/15/05 to file an answer by an atty or by a party w/a direct interset. cc: cnsl |
| 22 | 1 | 09/26/05 | ZZZ 1 motion to correctly identify defendant and change case identity to reflect change. |
| 23 | 1 | 09/27/05 | JKS Minute Order granting govt's motion to enter default as to DEF 1.2 (19-1). cc: cnsl |
| 24 | 1 | 09/27/05 | Clerk's Notice re default entered against DEF 1.2. cc: cnsl |
| 25 | 1 | 10/03/05 | JKS Minute Order denying motion to correctly identify defendant and change case identity to reflect (22-1). Court will allow defs and extension of time until 10/28/05 to retain a lawyer and file an answer. Should the defs obtain counsel w/in the time allowed in this order the court will entertain a mot to reconsider the default entered at Dkt Nos. 23 & 24. cc: cnsl |
| 26 | 1 | 10/26/05 | DEF 1 motion to ext time to 11/11 to answer complaint. |
| 26 | 2 | 11/04/05 | JWS Order granting motion to ext time to 11/11 to answer complaint (26-1). cc: cnsl |
| 27 | 1 | 11/14/05 | DEF 1 Attorney Appearance of M. Severin. |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0090--CV (JKS)
                          "USA V KURT W. STENEHJEM ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 28 - 1 | 11/14/05 | DEF 1 Unopposed motion (request) for extension of time to file answer. |
| 28 - 2 | 11/18/05 | JWS Order granting unopposed motion (request) for extension of time to file answer 2/13/06 (28-1).  cc: cnsl |