Martin G. U. Severin
Attorney at Law
431 West Seventh Avenue, Suite 100
Anchorage, AK 99501
Voice (907) 277-0150
Fax (907) 277-0160

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>KURT W. STENEHJEM AS TRUSTEE OF )<br>CREATIVE SOLUTIONS BUSINESS )<br>ORGANIZATION, dba PARSONS ART )<br>AND SIGN; AND BANK UNITED, )<br>)<br>Defendants. )<br>_____ ) | Civil No. A04-0090 CV (JKS) |

**REQUEST FOR ADDITIONAL EXTENSION OF TIME TO FILE ANSWER**

Comes now Defendant in the above-caption action, Creative Solutions Business Organization, by and through their attorney, Martin G. U. Severin, and requests an additional extension of the date to file an answer in this matter for forty-five days until March 30, 2006.

Attorneys for both parties have again conversed on this matter, and have agreed that the additional time would be beneficial to the case to facilitate continued negotiations toward settlement.

DATED this 13th day of February, 2006 at Anchorage, Alaska.

_____
Martin G. U. Severin, Esq.
ABA #04-11079
Attorney for Defendant

I have attached true and correct copies of the following documents to this declaration:

REQUEST FOR ADDITIONAL EXTENTION OF TIME TO FILE ANSWERS

PROPOSED ORDER

I, DONNA J HITZFELD, declare under penalty of perjury, that I have reviewed the above declaration, and that the information contained in this declaration is true and correct.

DATED this 13 day of Feb, 2006, at ANCHORAGE,
(City)

ALASKA.
(State)

_____
Signature

I hereby certify that a copy of the above declaration was mailed by first class, U.S. Mail to KEITH BLAIR at US DEPARTMENT OF JUSTICE POB 683 BEN FRANKLIN STATION WASHINGTON, DC 20044-0683
(Opposing party or counsel)   (Address)

and/or to the United States District Court for the District of Alaska, at 222 West 7th Avenue, # 4, Anchorage, Alaska 99513 on Feb 13, 06.
(Date of mailing or handing to correctional officer)

_____
Signature

PS 13                                      3                              DECLARATION