

MARTIN G. U. SEVERIN
ATTORNEY AT LAW
431 WEST SEVENTH AVENUE, SUITE 100
ANCHORAGE, AK 99501
VOICE (907) 277-0150
FAX (907) 277-0160

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civil No. A04-0090 CV (JKS) |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| KURT W. STENEHJEM AS TRUSTEE OF ) | |
| CREATIVE SOLUTIONS BUSINESS ) | |
| ORGANIZATION, dba PARSONS ART ) | |
| AND SIGN; AND BANK UNITED, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER GRANTING ADDITIONAL EXTENSION OF TIME TO FILE ANSWER

Defendant's Request for Additional Extension of Time to File Answer in the above captioned case to extend the time to file an answer until March 30, 2006 is hereby GRANTED.

DATED this _____ day of February, 2006 at Anchorage, Alaska.

James K. Singleton
United States District Judge