IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>KURT W. STENEHJEM AS TRUSTEE OF CREATIVE SOLUTIONS BUSINESS ORGANIZATION, dba PARSONS ART AND SIGN; and BANK UNITED,<br><br>          Defendants. | Case No. 3:04-cv-00090-JKS<br><br>O R D E R GRANTING EXTENSION OF TIME TO FILE ANSWER |

Defendant's Request for Additional Extension of Time to File Answer at **Docket No. 29** in the above-captioned case is **GRANTED**. The time to file an answer is extended until Thursday, March 30, 2006.

**IT IS SO ORDERED**.

Dated at Anchorage, Alaska, this 14th day of February 2006.

/s/ James K. Singleton, Jr.

**JAMES K. SINGLETON, JR.**
United States District Judge