Martin G. U. Severin
Attorney at Law
431 West Seventh Avenue, Suite 100
Anchorage, AK 99501
Voice (907) 277-0150
Fax (907) 277-0160

RECEIVED
AFTER 4:30 P.M.

RECEIVED
APR 17 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civil No. A04-0090 CV (JKS) |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| KURT W. STENEHJEM AS TRUSTEE OF ) | |
| CREATIVE SOLUTIONS BUSINESS ) | |
| ORGANIZATION, dba PARSONS ART ) | |
| AND SIGN; AND BANK UNITED, ) | |
| ) | |
| Defendants. ) | |

### REQUEST FOR ADDITIONAL EXTENSION OF TIME TO FILE ANSWER

Comes now Defendant in the above-caption action, Creative Solutions Business Organization, by and through their attorney, Martin G. U. Severin, and requests an additional extension of the date to file an answer in this matter for sixty days until May 31, 2006.

Attorneys for both parties have again conversed on this matter, and have agreed that the additional time would be beneficial to the case to facilitate continued negotiations toward settlement.

While attorney Severin was out of state, through a miscommunication in his office, this Request was agreed to but not filed. The attorneys for both parties have conversed regarding this Request and agree that the Court's granting of it will be beneficial to the case. As such, we respectfully request that the Court grant this request.

Martin G. U. Severin, Esq., CPA, APC
3120 East 144th Avenue
Anchorage, Alaska 99516
Ph: (907) 277-0150  Fax: (907) 277-0160

DATED this 14th day of April, 2006 at Anchorage, Alaska.

_____
Martin G. U. Severin, Esq.
ABA #04-11079
Attorney for Defendant

MARTIN G. U. SEVERIN, ESQ., CPA, APC
3120 EAST 144TH AVENUE
ANCHORAGE, ALASKA 99516
PH: (907) 277-0150  FAX: (907) 277-0160