MARTIN G. U. SEVERIN
ATTORNEY AT LAW
431 WEST SEVENTH AVENUE, SUITE 100
ANCHORAGE, AK 99501
VOICE (907) 277-0150
FAX (907) 277-0160

RECEIVED AFTER 4:30 P.M.

RECEIVED
APR 17 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civil No. A04-0090 CV (JKS) |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| KURT W. STENEHJEM AS TRUSTEE OF ) | |
| CREATIVE SOLUTIONS BUSINESS ) | |
| ORGANIZATION, dba PARSONS ART ) | |
| AND SIGN; AND BANK UNITED, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

This is to certify that on April 14, 2005, a true and correct copy of the attached Request for Extension and Proposed Order was mailed via first-class mail to:

John Snyder, Trial Attorney
U. S. Department of Justice, Tax Division
P. O. Box 683, Ben Franklin Station
Washington, DC 20044-0683

_____
Donna J. Hitzfeld

MARTIN G. U. SEVERIN, ESQ., CPA, APC
3120 EAST 144TH AVENUE
ANCHORAGE, ALASKA 99516
PH: (907) 277-0150  FAX: (907) 277-0160