

Martin G. U. Severin
Attorney at Law
431 West Seventh Avenue, Suite 100
Anchorage, AK 99501
Voice (907) 277-0150
Fax (907) 277-0160

RECEIVED
APR 1 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civil No. A04-0090 CV (JKS) |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| KURT W. STENEHJEM AS TRUSTEE OF ) | |
| CREATIVE SOLUTIONS BUSINESS ) | |
| ORGANIZATION, dba PARSONS ART ) | |
| AND SIGN; AND BANK UNITED, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER GRANTING ADDITIONAL EXTENSION OF TIME TO FILE ANSWER**

Defendant's Request for Additional Extension of Time to File Answer in the above captioned case to extend the time to file an answer until May 31, 2006 is hereby GRANTED.

DATED this _____ day of April, 2006 at Anchorage, Alaska.

                                                                                      James K. Singleton
                                                                                      United States District Judge