Martin G. U. Severin
Attorney at Law
431 West Seventh Avenue, Suite 100
Anchorage, AK 99501
Voice (907) 277-0150
Fax (907) 277-0160

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civil No.  A04-0090 CV (JKS) |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| KURT W. STENEHJEM AS TRUSTEE OF ) | |
| CREATIVE SOLUTIONS BUSINESS ) | |
| ORGANIZATION, dba PARSONS ART ) | |
| AND SIGN; AND BANK UNITED, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**MOTION FOR ADDITIONAL EXTENSION OF TIME TO FILE ANSWER**

Comes now Defendant in the above-caption action, Creative Solutions Business Organization, by and through their attorney, Martin G. U. Severin, and requests an additional extension of the date to file an answer in this matter for sixty days until June 15, 2006.

Attorneys for both parties have again conversed on this matter, and have agreed that the additional time would be beneficial to the case to facilitate continued negotiations toward settlement.

Filing of this motion was delayed pending issuance of an ECF password.  The attorneys for both parties have conversed regarding this Request and agree that the Court's granting of it will be beneficial to the case.  As such, we respectfully request that the Court grant this request.

DATED this 5th day of June, 2006 at Anchorage, Alaska.

   /s/ Martin G. U. Severin_____
Martin G. U. Severin, Esq.
ABA #04-11079
Attorney for Defendant