Martin G. U. Severin
Attorney at Law
431 West Seventh Avenue, Suite 100
Anchorage, AK 99501
Voice (907) 277-0150
Fax (907) 277-0160

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) Civil No. A04-0090 CV (JKS) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| KURT W. STENEHJEM AS TRUSTEE OF ) | |
| CREATIVE SOLUTIONS BUSINESS ) | |
| ORGANIZATION, dba PARSONS ART ) | |
| AND SIGN; AND BANK UNITED, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## MOTION TO WITHDRAWAL

Comes now Defendant's attorney Martin G. U. Severin in the above-caption action, Creative Solutions Business Organization, and requests a leave to withdrawal as council. I have discussed this matter with my client and have obtained clients consent to withdrawal.

DATED this 19th day of June, 2006 at Anchorage, Alaska.

/s/ Martin G. U. Severin
Martin G. U. Severin, Esq.
ABA #04-11079
Attorney for Defendant