# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

| | | | |
|---|---|---|---|
| To: | Martin Severin | Case Number: | 3:04-cv-00090-JKS |
| | 431 W 7th Avenue, Suite 100 | Case Title: | USA v K. Stenehjem, et al. |
| | Anchorage, AK 99501 | Docket No: | 36 |

Document Title:  Motion To Withdrawal

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

<u>LR 3.1 Papers to Accompany Filing</u>
___(a) Cover Sheet missing

_X_  OTHER (see comments)

<u>LR 10.1 Form of Pleading</u>
___ (a) General - see Comments Below
___ (b) No Chamber copy(s)-copy charge

Amount Due: $_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

<u>FRCP 5(d) Serving & Filing Pleadings and Other Papers</u>
___ Discovery documents are not routinely filed
___ Depositions are not routinely filed
___ Pursuant to Court Order
___ OTHER (see comments)

<u>28:1914(a) Filing Fee</u>
___Returned for Filing Fee <u>or</u> waiver of fees

<u>FRCP 10 Form of Pleading</u>
___(a) Returned Complaint - Names of Parties not listed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, <u>if not corrected</u> within 7 days:

<u>LR 10.1 Form of Pleading</u>
_   (e) First page information missing (see comments below)
___ (f) Document is not signed
___ OTHER (see comments)

<u>LR 5.1 Proof of Service</u>
_X_ No proof of service on the document filed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Comments:**  Please be advised that the Motion To Withdrawal is not in compliance with D.Ak.LR 11.1(c).

| | | | |
|---|---|---|---|
| Name: | Pam Richter | Date: | **June 20, 2006** |