DEBORAH M. SMITH
Acting United States Attorney
District of Alaska
Room C-253, Federal Building and
 United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) Civil No.  A04-0090 CV (JKS) |
| Plaintiff, | ) |
| | ) |
| v. | ) NOTICE OF SUBSTITUTION OF COUNSEL |
| | ) |
| KURT W. STENEHJEM as Trustee of CREATIVE SOLUTIONS BUSINESS ORGANIZATION, dba PARSONS ART AND SIGN; and BANK UNITED, | ) |
| | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that Jennifer D. Auchterlonie, Trial Attorney, United States

Department of Justice, is hereby substituted as lead counsel for plaintiff the United States of

America, in lieu of Keith S. Blair.  Acting United States Attorney Deborah M. Smith continues to

1776375.1

serve as local counsel.

Service of all further pleadings, notices, documents, or other papers herein, exclusive of original process, may be made upon plaintiff the United States by serving the undersigned attorneys for the United States at the addresses indicated below.

Dated this 23rd day of June, 2006.

                                      DEBORAH M. SMITH
                                      Acting United States Attorney

                                      s/ Jennifer D. Auchterlonie
                                      JENNIFER D. AUCHTERLONIE
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      Post Office Box 683
                                      Ben Franklin Station
                                      Washington, D.C.  20044
                                      Telephone: (202) 514-9593

CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2006, a copy of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL was served electronically on Martin Severin.

                                                s/ Jennifer D. Auchterlonie
                                                JENNIFER D. AUCHTERLONIE
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 683, Ben Franklin Station
                                                Washington, D.C. 20044
                                                Telephone: (202) 514-9593
                                                Email: Jennifer.D.Auchterlonie@usdoj.gov