Martin G. U. Severin
Attorney at Law
431 West Seventh Avenue, Suite 100
Anchorage, AK 99501
Voice (907) 277-0150
Fax (907) 277-0160

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civil No. A04-0090 CV (JKS) |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| KURT W. STENEHJEM AS TRUSTEE OF ) | |
| CREATIVE SOLUTIONS BUSINESS ) | |
| ORGANIZATION, dba PARSONS ART ) | |
| AND SIGN; AND BANK UNITED, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2006 a copy of foregoing Motion to Withdrawal and Request for Additional Extension was served electronically on Kurt W. Stenehjem as Trustee of Creative Solutions Business organization, dba Parsons Art and sign: and Bank United.

DATED this 26th day of June, 2006 at Anchorage, Alaska.

/s/ Martin G. U. Severin
Martin G. U. Severin, Esq.
ABA #04-11079
Attorney for Defendant