IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>KURT W. STENEHJEM as trustee of CREATIVE SOLUTIONS BUSINESS ORGANIZATION, dba PARSONS ART AND SIGN; and BANK UNITED,<br><br>                Defendants. | Case No. 3:04-cv-00090-JKS<br><br>O R D E R |

      Attorney for Defendant Creative Solutions Business Organization, Martin G. U. Severin, moves to withdraw from this case. Docket No. 36. Upon Mr. Severin's representation that his client has consented to his withdrawal, the motion at **Docket No. 36** is **GRANTED.**

      **IT IS SO ORDERED.**

      Dated at Anchorage, Alaska, this 18th day of July, 2006.

                                          /s/ James K. Singleton, Jr.
                                          **JAMES K. SINGLETON, JR.**
                                              United States District Judge