IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>KURT W. STENEHJEM, as trustee of CREATIVE SOLUTIONS BUSINESS ORGANIZATION, dba PARSONS ART AND SIGN; and, BANK UNITED,<br><br>                  Defendants. | Case No. 3:04-cv-00090-JKS<br><br><u>O R D E R</u> |

       This is an action by the United States to reduce certain tax liens to judgment. The case was filed in 2004. It lists a trust as a Defendant. The Court has concluded that a trust may not be represented by a non-lawyer. The lawyer chosen by the trust has been permitted to withdraw, with the trust's consent. Docket Nos. 36 (motion); 40 (order). Since a trust may not appear except by a lawyer, this case is in limbo.

       **IT IS THEREFORE ORDERED**: Defendants will have until **September 5, 2006**, to obtain a lawyer and file an answer to the Government's Complaint. If they fail to do so by that date, their default will be entered and the Court will grant the relief requested by the Government and reduce the tax liens to judgment.

       Dated at Anchorage, Alaska, this 3rd day of August 2006.

                                                       /s/ James K. Singleton, Jr.
                                                       **JAMES K. SINGLETON, JR.**
                                                         United States District Judge