IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF ALASKA

RECEIVED
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA
SEP 0 5 2006

UNITED STATES OF AMERICA |

    Plaintiff, |

    -vs- | **Case No. A04-0090 CV (JKS)**

Kurt W. Stenehjem as Trustee of | Notice to Court and Plaintiff
Creative Solutions Business Organization| concerning lien in
dba Parsons Art and Sign; and Bank | question
United |

    Defendants |


    Comes now Robert Parsons, Trustee of Creative Solutions Business Organization (CSBO), in place of Kurt Stenehjem, before this honorable court, to bring notice of change of lien-holder.

    The trustees of this family trust could not find an attorney to argue codified law which runs contrary to their experience, or lack thereof, concerning the IRS and their supposed authority to lien, their proceedure in recording an appropriate lien, nor the personnel qualified by regulations to record, sign, or generally implement lien.

    Also, this very limited family business could not afford the $200 plus an hour conferences which would perhaps lead us to an attorney. But even if we did, we could not afford the attorney's fees that would result in him taking our case. This became quite apparent with Martin Severin, who told us that it would take $20,000 to research and respond for us. So it is like being at a poker game with millionaires... we cannot afford to "play".

Our only solution was to transfer via Quit Claim Deed the property in question to Robin Parsons, my wife, whom I can speak for through power of attorney. This is our only chance for this court to hear our argument. This maneuver is not an attempt to be tricky, stall, or insult this honorable Court — only our last recourse to be able to protect and defend the only investment/home this family has. To have to give it up without "a shot fired" because we don't have the means to find and retain an attorney seems repugnant to our form of government – it becomes a form of "might makes right" instead of our Judeo - Christian roots.

As a pro se litigant, I'm not even sure if this notice is in order, nor what the court can do with the information provided. We just want justice and rely upon this honorable court to do the right thing before God, whom we all must give an account.

Respectfully submitted and dated this 5th day of September, 2006

*[signature]*

Robert J. Parsons, Trustee
Creative Solutions Business Organization
1328 Kinnikinnick Street
Anchorage, AK  99508

CERTIFICATE OF SERVICE

I, Robert Parsons, certify that on this 5th day of September, 2006,  have caused to be served upon the parties listed below a true copy of the foregoing defendant's pleadings. Sent by USPS First Class mail to following parties.

*Hand delivery by Defendant

*Clerk of Court
U.S. District Court
District of Alaska
Fed, Bldg. & U.S. Cthse, 227 W. 7th Ave.
Anchorage, AK 99513

Jennifer D. Auchterlonie
USDOJ (WA_DC_Box 683)
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044