# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*United States of America v. Kurt Stenehjem, et al.*
Case No. 3:04-cv-00090-JKS

By:                THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:      Robin Carter, Case Management: 677-6127*

PROCEEDINGS:       ORDER FROM CHAMBERS

      Creative Solutions Business Organization dba Parsons Art and Sign (hereafter "Creative Solutions") has failed to comply with this Court's Order at Docket No. 43. Creative Solutions was required to either 1) obtain an attorney to represent it and have an appearance entered by September 21, 2006, or 2) move to substitute Robert Parsons as the real party in interest as the defendant owner and operator of the business "Parsons Art and Sign." Since Creative Solutions has been presented both by Plaintiff in the pleadings and by its principals in their pleadings as a "Trust" it must be represented by an attorney and it is not. Under the circumstances, failure to comply with this Court's Order at Docket No. 43 constitutes a failure to "otherwise defend" under Fed.R.Civ.P. 55(a). Creative Solutions was warned that failure to comply with the order would result in the entry of its default without further notice. *See* Fed. R. Civ. P. 55(a) (Failure to plead or otherwise defend warrants entry of default.)

      **IT IS THEREFORE ORDERED**:

      The Clerk shall enter the default of Creative Solutions Business Organization dba Parsons Art and Sign. Fed R Civ Proc 55(a). The United States shall proceed in conformity with Fed. R. Civ. P. 55(b) to bring this case to conclusion. The United States shall file a status report with the Court on or before Friday, November 17, 2006 indicating what remains to be done.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: September 29, 2006

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

H:\docs\A04-0090.009.wpd