## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  KURT STENEHJEM, et al.  </u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                      CASE NO.<u>   3:04-cv-00090-JKS  </u>

<u> Robin M. Carter </u>

PROCEEDINGS: **CLERK'S NOTICE**                    DATE: October 2, 2006

     Now, therefore, on request of Judge James K. Singleton, the DEFAULT as aforesaid, of each of the following defendant(s): Creative Solutions Business Organization dba Parsons Art and Sign in the above-entitled action is hereby entered.

[]{CLERKNOT.WPD*Rev.09/00}