NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No. A04-0090 CV (JKS) |
| Plaintiff, ) | |
| ) | |
| v. ) | UNITED STATES' STATUS REPORT |
| ) | |
| KURT W. STENEHJEM as Trustee of ) | |
| CREATIVE SOLUTIONS BUSINESS ) | |
| ORGANIZATION, dba PARSONS ART ) | |
| AND SIGN; and BANK UNITED, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The United States of America, by and through its undersigned counsel, hereby submits this status report, indicating what remains to be done to conclude this matter, as requested by the Court in its Order entered on October 2, 2006. Docket No. 44.

2038032.1

1. On October 13, 2006, the United States and defendant Bank United, through its successor in interest Washington Mutual, entered a stipulation as to the priority of their respective liens on the property sought to be foreclosed in this matter, which stipulation was approved by the Court on October 22, 2004. Docket No. 9. This stipulation resolved any controversy between the United States and defendant Bank United.

2. On October 2, 2006, the Court entered default against defendant Kurt W. Stenehjem, as Trustee of Creative Solutions Business Organization, dba Parsons Art and Sign. Docket Nos. 44, 45.

3. Concurrently with the filing of this status report, the United States is filing with the Court a motion for default judgment against defendant Kurt W. Stenehjem, as Trustee of Creative Solutions Business Organization, dba Parsons Art and Sign.

4. Upon entry of default judgment, as set forth in the United States' proposed order granting default judgment, the United States will submit to the Court a proposed order of foreclosure and judicial sale of the subject property.

5. The proposed order of foreclosure and judicial sale will provide for payment of the proceeds of sale in accordance with the stipulation of the United States and defendant Bank United.

6. Upon entry of the order of foreclosure and judicial sale, the United States will proceed with the sale of the subject property. After the sale is completed, the United States will move the Court to confirm the sale and direct disbursement of the sale proceeds.

7. Once the sale has been completed and confirmed by the Court, nothing further will be required in this matter and the case will be concluded.

Dated this 17th day of November, 2006.

NELSON P. COHEN
United States Attorney


s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 17, 2006, a copy of the foregoing UNITED STATES'

STATUS REPORT was served by regular U.S. mail on the following parties:

Kurt W. Stenehjem, Trustee
Creative Solutions Business Organization
1328 Kinnikinnick Street
Anchorage, AK 99508

                  <u>s/ Jennifer D. Auchterlonie</u>
                  JENNIFER D. AUCHTERLONIE
                  Trial Attorney, Tax Division
                  U.S. Department of Justice
                  P.O. Box 683, Ben Franklin Station
                  Washington, D.C. 20044
                  Telephone: (202) 514-9593
                  Email: Jennifer.D.Auchterlonie@usdoj.gov