NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No. A04-0090 CV (JKS) |
| Plaintiff, ) | |
| ) | |
| v. ) | UNITED STATES' MOTION FOR ENTRY |
| ) | OF DEFAULT JUDGMENT AGAINST |
| KURT W. STENEHJEM as Trustee of ) | DEFENDANT KURT W. STENEHJEM AS |
| CREATIVE SOLUTIONS BUSINESS ) | TRUSTEE OF CREATIVE SOLUTIONS |
| ORGANIZATION, dba PARSONS ART ) | BUSINESS ORGANIZATION, DBA |
| AND SIGN; and BANK UNITED, ) | PARSONS ART AND SIGN |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

    The United States of America, by and through its undersigned counsel, hereby moves the

Court for entry of default judgment against defendant Kurt W. Stenehjem, as Trustee of Creative

Solutions Business Organization dba Parsons Art and Sign, in accordance with Fed. R. Civ. P.

55(b)(2) and local rule D.Ak. LR 55(b)(2).

2028747.1

This motion is supported by the United States' Memorandum in Support of Motion for Entry of Default Judgment Against Defendant Kurt W. Stenehjem, as Trustee of Creative Solutions Business Organization dba Parsons Art and Sign, and the declarations of Jennifer D. Auchterlonie and Michael J. Walsh, including the exhibits attached thereto, submitted concurrently.

Dated this 17th day of November, 2006.

NELSON P. COHEN
United States Attorney


s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593

CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2006, a copy of the foregoing UNITED STATES' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT KURT W. STENEHJEM AS TRUSTEE OF CREATIVE SOLUTIONS BUSINESS ORGANIZATION, DBA PARSONS ART AND SIGN was served by regular U.S. mail on the following parties:

Kurt W. Stenehjem, Trustee
Creative Solutions Business Organization
1328 Kinnikinnick Street
Anchorage, AK 99508

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov