IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>) Civil No.  A04-0090 CV (JKS)<br>Plaintiff,    )<br>)<br>v.    ) [PROPOSED] ORDER GRANTING<br>) UNITED STATES' MOTION FOR ENTRY<br>KURT W. STENEHJEM as Trustee of  ) OF DEFAULT JUDGMENT AGAINST<br>CREATIVE SOLUTIONS BUSINESS   ) DEFENDANT KURT W. STENEHJEM AS<br>ORGANIZATION, dba PARSONS ART  ) TRUSTEE OF CREATIVE SOLUTION<br>AND SIGN; and BANK UNITED,   ) BUSINESS ORGANIZATION, DBA<br>) PARSONS ART AND SIGN<br>Defendants.    )<br>)<br>_____) | |

This matter is before the Court on the United States' Motion for Entry of Default

Judgment Against Defendant Kurt W. Stenehjem, as Trustee of Creative Solutions Business

Organization dba Parsons Art and Sign.  Upon review of the motion, the declarations submitted

therewith, and the record in this case, it is hereby

ORDERED that default judgment is entered against Kurt W. Stenehjem, as Trustee of Creative Solutions Business Organization dba Parsons Art and Sign in the amount of $77,535.68, plus interest and other statutory additions from November 17, 2006. It is further

ORDERED that the United States has a valid and subsisting federal tax lien, by virtue of the federal tax assessments, against the subject property as described in the complaint. It is further

ORDERED that the United States' tax lien encumbering the subject property be foreclosed, that the subject property be sold pursuant to 28 U.S.C. Section 7403 and 28 U.S.C. Sections 2001 and 2004, and that the proceeds be distributed in accordance with the stipulation entered in this matter regarding the priority of the liens of the United States and defendant Bank United. It is further

ORDERED that the United States shall submit an appropriate proposed order of foreclosure and judicial sale within 30 days after entry of this order.

IT IS SO ORDERED. The Clerk is directed to enter judgment accordingly.

DATED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2006, a copy of the foregoing [PROPOSED] ORDER GRANTING UNITED STATES' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT KURT W. STENEHJEM AS TRUSTEE OF CREATIVE SOLUTIONS BUSINESS ORGANIZATION, DBA PARSONS ART AND SIGN was served by regular U.S. mail on the following parties:

    Kurt W. Stenehjem, Trustee
    Creative Solutions Business Organization
    1328 Kinnikinnick Street
    Anchorage, AK 99508

    s/ Jennifer D. Auchterlonie
    JENNIFER D. AUCHTERLONIE
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 683, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-9593
    Email: Jennifer.D.Auchterlonie@usdoj.gov