NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No. A04-0090 CV (JKS) |
| Plaintiff, ) | |
| ) | |
| v. ) | DECLARATION OF |
| ) | JENNIFER D. AUCHTERLONIE |
| KURT W. STENEHJEM as Trustee of ) | |
| CREATIVE SOLUTIONS BUSINESS ) | |
| ORGANIZATION, dba PARSONS ART ) | |
| AND SIGN; and BANK UNITED, ) | |
| ) | |
| Defendants. ) | |
| ) | |

  I, Jennifer D. Auchterlonie, pursuant to the provisions of 28 U.S.C. § 1746 declare that:

  1. I am an attorney with the United States Department of Justice, Tax Division located at Washington, D.C. I have been assigned to the above-captioned matter and am in possession of the Department of Justice files and a portion of the Internal Revenue Service

2028747.1

administrative files concerning this matter. I have reviewed the Department of Justice files and the Internal Revenue Service administrative files in my possession in making the representations below.

    2.    Attached hereto as Exhibit A is a true and correct copy of Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Creative Solutions Business Organization for its tax year 1995. For privacy considerations, all but the last 4 digits of the taxpayers' EIN have been redacted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of November, 2006.

                              s/ Jennifer D. Auchterlonie
                              JENNIFER D. AUCHTERLONIE
                              Trial Attorney, Tax Division
                              U.S. Department of Justice

CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2006, a copy of the foregoing DECLARATION OF JENNIFER D. AUCHTERLONIE was served by regular U.S. mail on the following parties:

Kurt W. Stenehjem, Trustee
Creative Solutions Business Organization
1328 Kinnikinnick Street
Anchorage, AK 99508

        s/ Jennifer D. Auchterlonie
        JENNIFER D. AUCHTERLONIE
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 514-9593
        Email: Jennifer.D.Auchterlonie@usdoj.gov