# EXHIBIT A



United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date:   March 24, 2004

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Creative Solutions Business Organization, EIN: ▭5848, for U.S. Fiduciary Income Tax Return (Form 1041), for tax period December 31, 1995, consisting of three pages under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Marilyn Cook*
Marilyn Cook
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                               Form **2866** (Rev. 09-1997)

```
               CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------

CREATIVE SOLUTIONS BUSINESS          EIN/SSN:     5848
ORGANIZATION


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041       TAX PERIOD: DEC   1995

                                         ASSESSMENT,       PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS      CREDIT         DATE (23C,
                                         (REVERSAL)        (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------------

             NET TAXABLE INCOME
                  72,114.00

04-15-1996   RETURN FILED                                  20.00          06-24-1996
             29244-139-18621-6   199624

04-14-1996   SUBSEQUENT PAYMENT                            20.00

04-13-1999   ASSESSMENT STATUTE EXPIR
             DATE EXTEND TO 09-12-1999

             ADDITIONAL TAX ASSESSED     0.00                             09-06-1999
             BY EXAMINATION
             AUDIT DEFICIENCY PER
             DEFAULT OF 90 DAY LETTER
             29247-628-00203-9   199934

09-06-1999   RENUMBERED RETURN
             29247-628-00203-9

             QUICK ASSESSMENT            27,669.00                        08-10-1999
             29251-222-13301-9

             INTEREST ASSESSED           10,750.06                        08-10-1999
             199935

             QUICK ASSESSMENT            5,534.00                         08-10-1999
             IRC 6662 ACCURACY PENALTY
             29251-222-13301-9

FORM 4340  (REV. 01-2002)                PAGE    1
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

CREATIVE SOLUTIONS BUSINESS          EIN/SSN:        5848
 ORGANIZATION


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041        TAX PERIOD: DEC  1995

                                      ASSESSMENT,       PAYMENT,       ASSESSMENT
 DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT       DATE (23C,
                                       (REVERSAL)     (REVERSAL)       RAC 006 )
-------------------------------------------------------------------------------

04-10-2000 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

03-18-2000 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

01-31-2001 RECEIVED POA/TIA

04-30-2001 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

04-11-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

04-18-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

08-10-1999 Statutory Notice of Balance Due

02-21-2000 Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                   PAGE    2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

CREATIVE SOLUTIONS BUSINESS            EIN/SSN:      5848
ORGANIZATION


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041         TAX PERIOD: DEC  1995
------------------------------------------------------------------------

BALANCE        43,953.06

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: *Marilyn Cook*

PRINT NAME:  Marilyn Cook

TITLE:  Supervisor Accounting Technician, Ogden SB/SE Submission Processing

DELEGATION ORDER:  SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 03/24/2004

FORM 4340   (REV. 01-2002)              PAGE    3