# EXHIBIT 1

Station Name: ANC001MA2811292 Date: 11/17/06 Time: 9:31:21 AM

INTSTD 5848  PREVIOUS LOGON: 20061117 @ 10:39
05 199512 11172006 CREA

```
         .00  ASSESSED FTP
   10,750.06  ASSESSED INT
   33,203.00  TAX & PENALTY
   43,953.06  ASSESSED TOTAL
    6,917.25  ACCRUED FTP
   26,665.37  ACCRUED INT
   33,582.62  TOTAL ACCRUALS
    6,917.25  TOTAL FTP
   37,415.43  TOTAL INT
   77,535.68  BALANCE DUE
```

Employee #2627420803 Page 001 of 005  PAGE  002

INTSTD 5848    05 199512

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 19960331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | 20.00 | 19960415 | 00000000 | 20.00 | 000000000 | .00 |
| 2400 | 5,534.00 | 19960415 | 00000000 | 5,554.00 | 000000000 | .00 |
| 3000 | 27,669.00 | 19960415 | 00000000 | 33,223.00 | 000000000 | .00 |
| 6700 | 20.00- | 19960415 | 19960630 | 33,203.00 | 016748923 | 556.11 |
| 9% | .00 | 19960630 | 19960930 | 33,759.11 | 022877946 | 772.34 |
| 9% | .00 | 19960930 | 19961231 | 34,531.45 | 022877946 | 790.01 |
| 9% | .00 | 19961231 | 19970331 | 35,321.46 | 022437053 | 792.51 |
| 9% | .00 | 19970331 | 19970630 | 36,113.97 | 022689161 | 819.40 |
| 9% | .00 | 19970630 | 19970930 | 36,933.37 | 022941331 | 847.30 |
| 9% | .00 | 19970930 | 19971231 | 37,780.67 | 022941331 | 866.74 |
| 9% | .00 | 19971231 | 19980331 | 38,647.41 | 022437053 | 867.13 |
| 8% | .00 | 19980331 | 19980630 | 39,514.54 | 020143211 | 795.95 |
| 8% | .00 | 19980630 | 19980930 | 40,310.49 | 020366804 | 821.00 |
| 8% | .00 | 19980930 | 19981231 | 41,131.49 | 020366804 | 837.72 |
| 7% | .00 | 19981231 | 19990331 | 41,969.21 | 017408410 | 730.62 |
| 8% | .00 | 19990331 | 19990630 | 42,699.83 | 020143211 | 860.11 |
| 8% | .00 | 19990630 | 19990930 | 43,559.94 | 020366804 | 887.18 |
| 8% | .00 | 19990930 | 19991231 | 44,447.12 | 020366804 | 905.25 |

Employee #2627420803 Page 002 of 005  PAGE   003

---

INTSTD 5848    05 199512

Station Name: ANC001MA2811292 Date: 11/17/06 Time: 9:35:09 AM

INTSTD 5848   05 199512

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 19991231 | 20000331 | 45,352.37 | 020087632 | 911.02 |
| 9% | .00 | 20000331 | 20000630 | 46,263.39 | 022626480 | 1,046.78 |
| 9% | .00 | 20000630 | 20000930 | 47,310.17 | 022877946 | 1,082.36 |
| 9% | .00 | 20000930 | 20001231 | 48,392.53 | 022877946 | 1,107.12 |
| 9% | .00 | 20001231 | 20010331 | 49,499.65 | 022437053 | 1,110.63 |
| 8% | .00 | 20010331 | 20010630 | 50,610.28 | 020143211 | 1,019.45 |
| 7% | .00 | 20010630 | 20010930 | 51,629.73 | 017798686 | 918.94 |
| 7% | .00 | 20010930 | 20011231 | 52,548.67 | 017798686 | 935.30 |
| 6% | .00 | 20011231 | 20020331 | 53,483.97 | 014903267 | 797.09 |
| 6% | .00 | 20020331 | 20020630 | 54,281.06 | 015070101 | 818.02 |
| 6% | .00 | 20020630 | 20020930 | 55,099.08 | 015236961 | 839.54 |
| 6% | .00 | 20020930 | 20021231 | 55,938.62 | 015236961 | 852.33 |
| 5% | .00 | 20021231 | 20030331 | 56,790.95 | 012404225 | 704.45 |
| 5% | .00 | 20030331 | 20030630 | 57,495.40 | 012542910 | 721.16 |
| 5% | .00 | 20030630 | 20030930 | 58,216.56 | 012681615 | 738.28 |
| 4% | .00 | 20030930 | 20031231 | 58,954.84 | 010132630 | 597.37 |
| 4% | .00 | 20031231 | 20040331 | 59,552.21 | 009994426 | 595.19 |
| 5% | .00 | 20040331 | 20040630 | 60,147.40 | 012508429 | 752.35 |
| 4% | .00 | 20040630 | 20040930 | 60,899.75 | 010104808 | 615.38 |

Employee #2627420803 Page 003 of 005   PAGE 004

Station Name: ANC001MA2811292 Date: 11/17/06 Time: 9:31:34 AM

INTSTD      5848     05 199512

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE     | TO-DT    | INT-PRINCIPAL | FACTOR    | INTEREST-AMT |
|------|-----------|----------|----------|---------------|-----------|--------------|
| 5%   | .00       | 20040930 | 20041231 | 61,515.13     | 012646750 | 777.97       |
| 5%   | .00       | 20041231 | 20050331 | 62,293.10     | 012404225 | 772.70       |
| 6%   | .00       | 20050331 | 20050630 | 63,065.80     | 015070101 | 950.41       |
| 6%   | .00       | 20050630 | 20050930 | 64,016.21     | 015236961 | 975.41       |
| 7%   | .00       | 20050930 | 20051231 | 64,991.62     | 017798686 | 1,156.77     |
| 7%   | .00       | 20051231 | 20060331 | 66,148.39     | 017408410 | 1,151.54     |
| 7%   | .00       | 20060331 | 20060630 | 67,299.93     | 017603529 | 1,184.72     |
| 8%   | .00       | 20060630 | 20060930 | 68,484.65     | 020366804 | 1,394.81     |
| 8%   | .00       | 20060930 | 20061117 | 69,879.46     | 010574919 | 738.97       |

Employee #2627420803 Page 004 of 005   PAGE   005

Station Name: ANC001MA2811292 Date: 11/17/06 Time: 9:35:29 AM

```
INTSTD       5848      05 199512
START DATE 19960415

FTP COMPUTATION TABLE
CODE    DATE         TRANS-AMT     TO-DT       FTP-PRINCIPAL  MO   PCT      PNLTY-AMT
6700  19960414          20.00-                      20.00-                        .00
1500  19960415          20.00                         .00                         .00
1900  19990810      10,750.06                         .00                         .00
3000  19990831      27,669.00                     27,669.00                       .00
2400  19990901       5,534.00    20000331         27,669.00   07   3.50        968.41
8888  20000302            .00                     27,669.00                       .00
8888  20020421            .00    20020131         27,669.00   22  21.50       5,948.83
```

Employee #2627420803 Page 005 of 005  PAGE   001