IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>KURT W. STENEHJEM as Trustee of CREATIVE SOLUTIONS BUSINESS ORGANIZATION, dba PARSONS ART AND SIGN; and BANK UNITED,<br><br>　　　　　　Defendant. | Case No. 3:04-CV-00090-JKS<br><br>**DEFAULT JUDGMENT**<br>**IN A CIVIL CASE** |

\_\_\_   **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **DECISION BY COURT**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the United States and against defendant Creative Solutions in the amount of $77, 535.68, plus interest and statutory additions from November 17, 2006.

APPROVED:

/s/ James K. Singleton, Jr.
　　**JAMES K. SINGLETON, JR.**
　　　United States District Judge

| | |
|---|---|
| December 14, 2006 | Ida Romack |
| 　　　　　Date | 　　　Clerk of Clerk |
| | Robin M. Carter |
| | 　　(By) Deputy Clerk |

C:\Documents and Settings\carter\Local Settings\Temp\notes64D111\A04-0090.jmt.frm