NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No.  A04-0090 CV (JKS) |
| Plaintiff, ) | |
| ) | |
| v. ) | UNITED STATES' MOTION FOR ENTRY |
| ) | OF ORDER OF FORECLOSURE AND |
| KURT W. STENEHJEM as Trustee of ) | JUDICIAL SALE |
| CREATIVE SOLUTIONS BUSINESS ) | |
| ORGANIZATION, dba PARSONS ART ) | |
| AND SIGN; and BANK UNITED, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

The United States of America, by and through its undersigned counsel, hereby submits this Motion for Entry of Order of Foreclosure and Judicial Sale.  In support of its motion, the United States submits as follows:

2367602.1

1.    On April 28, 2004, the United States filed the complaint herein to reduce the federal tax assessments of Creative Solutions Business Organization (Creative Solutions) to judgment and to foreclose federal tax liens against certain real property held by Creative Solutions.

2.    On October 2, 2006, the Court entered default against Creative Solutions.

3.    On December 15, 2006, the Court entered default judgment on all issues in favor of the United States and against defendant Creative Solutions, in the amount of $77,535.68, plus interest and statutory additions from November 17, 2006.

4.    Pursuant to the judgment entered in this matter, the United Sates now seeks entry of an Order of Foreclosure and Judicial Sale so that the United States may foreclose the federal tax liens at issue against the subject property.

5.    An appropriate Proposed Order of Foreclosure and Judicial Sale is submitted herewith.

WHEREFORE, the United States respectfully requests that the Court enter the Proposed Order of Foreclosure and Judicial Sale.

Submitted this 4th day of April, 2007.

NELSON P. COHEN
United States Attorney

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9593

CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2007, a copy of the foregoing UNITED STATES' MOTION FOR ENTRY OF ORDER OF FORECLOSURE AND JUDICIAL SALE was served by regular U.S. mail on the following parties:

Kurt W. Stenehjem, Trustee
Creative Solutions Business Organization
1328 Kinnikinnick Street
Anchorage, AK 99508

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov