NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KURT W. STENEHJEM as Trustee of CREATIVE SOLUTIONS BUSINESS ORGANIZATION, dba PARSONS ART AND SIGN; and BANK UNITED,<br><br>Defendants. | Case No. A04-0090 CV (JKS)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

The United States, through the U.S. Attorney's Office for the District of Alaska, hereby substitutes Gary M. Guarino, Assistant U.S. Attorney, as counsel for the United States in this action.  Former Acting U. S. Attorney Deborah M.

Smith is no longer assigned to this case. The United States requests that all further pleadings and correspondence in this matter be directed to Assistant U.S. Attorney Gary M. Guarino.

Respectfully requested this 12th day of October, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2007, a copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** was electronically served on Jennifer D. Auchterlonie and served via U.S. Mail to:

Kurt W. Stenehjem
Creative Solutions Business Org.
1328Kinnikinnick St.
Anchorage, AK 99508

s/ Gary M. Guarino

U.S.A. v. Stenehjem
Case No. A04-0090 CV (JKS)                    2