IN THE UNITED STATES DISTRCT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>*Plaintiff* )<br>)<br>vs. )<br>)<br>KURT W. STENEHJEM as Trustee )<br>of Creative Solutions Business )<br>Organization dba Parsons Art and Sign; )<br>And Bank United, )<br>)<br>*Defendants* ) | Case 3:04-cv-00090 (JKS) |

ORDER

It is hereby ORDERED that the Default Judgment and Judicial Sales are vacated and the following is also ORDERED

Judge Singleton