IN THE UNITED STATES DISTRCT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| KURT W. STENEHJEM as Trustee ) | |
| of Creative Solutions Business ) | |
| Organization dba Parsons Art and Sign; ) | |
| And Bank United, ) | Case 3:04-cv-00090 (JKS) |
| ) | |
| *Defendants* ) | |

## ORDER

It is hereby ORDERED that the Default Judgment and Judicial Sales are vacated and the following is also ORDERED

Judge Singleton