IN THE UNITED STATES DISTRCT COURT

FOR THE DISTRICT OF ALASKA

LODGED
OCT 3 0 2007

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| *vs.* | ) |
| | ) |
| KURT W. STENEHJEM as Trustee | ) |
| of Creative Solutions Business | ) |
| Organization dba Parsons Art and Sign; | ) |
| And Bank United, | )    Case 3:04-cv-00090 (JKS) |
| | ) |
| *Defendants* | ) |

## EXPEDITED ORDER

It is hereby ORDERED that the Expedited Motion for the Default Judgment and

Judicial Sales are vacated and the following is also ORDERED

Judge Singleton