NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No.  A04-0090 CV (JKS) |
| Plaintiff, ) | |
| ) | |
| v. ) | UNITED STATES' RESPONSE TO |
| ) | DEFENDANT'S MOTION TO EXPEDITE |
| KURT W. STENEHJEM as Trustee of ) | MOTION TO SET ASIDE DEFAULT |
| CREATIVE SOLUTIONS BUSINESS ) | JUDGMENT |
| ORGANIZATION, dba PARSONS ART ) | |
| AND SIGN; and BANK UNITED, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

   The United States of America, by and through its undersigned counsel, hereby submits the following response in opposition to the motion to expedite defendant's motion to set aside default judgment, dkt. #58, filed in this matter on October 30, 2007 (motion to expedite):

2839873.1

The motion to expedite was filed by Robert Parsons and Justin Parsons, the purported trustee and purported beneficiary, respectively, of the defendant Creative Solutions Business Organization. In that motion, Messrs. Parsons state that expedition of their motion to set aside default judgment in this matter is necessary because a judicial sale of the subject property is scheduled for November 11, 2007. In fact, no such sale is scheduled. The United States has not yet taken any action to advertise or schedule the sale of the subject property, thus, expedition of the motion to set aside default judgment is unnecessary.

Accordingly, the United States respectfully requests that the Court deny the motion to expedite and allow the United States the standard 15-day period within which to respond to the motion to set aside default judgment, as provided in local rule D.Ak. LR 7.1.

Dated this 31st day of October, 2007.

        NELSON P. COHEN
        United States Attorney


        s/ Jennifer D. Auchterlonie
        JENNIFER D. AUCHTERLONIE
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 683
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 514-9593

CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2007, a copy of the foregoing UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO EXPEDITE MOTION TO SET ASIDE DEFAULT JUDGMENT was served by regular U.S. mail on the following parties:

Kurt W. Stenehjem, Trustee
Creative Solutions Business Organization
1328 Kinnikinnick Street
Anchorage, AK 99508

I further certify that on the same date, courtesy copies of the foregoing were sent by regular U.S. mail to the following purported parties in interest:

Robert Parsons
1328 Kinnikinnick Street
Anchorage, AK 99508

Justin Parsons
4320 Checkmate Drive
Anchorage, AK 99508

                                                s/ Jennifer D. Auchterlonie
                                                JENNIFER D. AUCHTERLONIE
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 683, Ben Franklin Station
                                                Washington, D.C. 20044
                                                Telephone: (202) 514-9593
                                                Email: Jennifer.D.Auchterlonie@usdoj.gov